**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1040**

In Re:  JOKWAN LAMAR HARVEY,

Petitioner.

On Petition for Writ of Mandamus.  (7:13-cr-00022-H-1)

Submitted:  April 3, 2017                                    Decided:  April 28, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jokwan Lamar Harvey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jokwan Lamar Harvey has petitioned this court for a writ of mandamus. In his petition, Harvey asks this court to order the district court to rule on his 28 U.S.C. § 2255 (2012) motion. Our review of the district court's docket reveals that the district court recently disposed of Harvey's habeas motion. Accordingly, because the district court has recently decided Harvey's § 2255 motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*